IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



OPENMIND SOLUTIONS,

    Plaintiff,

v.                              Civil Action No. 3:12cv814

JOHN DOE,
IP ADDRESS: 74.110.218.117

    Defendant.

**ORDER**

It appearing in the interest of judicial efficiency, it is hereby ORDERED that this action shall be reassigned to the Honorable United States District Judge John A. Gibney, Jr.

It is so ORDERED.

                                          /s/      REP
                                        Robert E. Payne
                                        Senior United States District Judge

Richmond, Virginia
Date: November 13, 2012