IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



| | |
|---|---|
| INGENUITY13 LLC,<br>        Plaintiff,<br><br>v.<br><br>DOE,<br>IP ADDRESS: 173.53.87.92<br>        Defendant. | CIVIL NO. 3:12CV805 |
| FIRST TIME VIDEOS, LLC,<br>        Plaintiff,<br><br>v.<br><br>DOE,<br>IP ADDRESS: 72.196.241.117<br>        Defendant. | CIVIL NO. 3:12CV806 |
| QUAD INT'L., INC. d/b/a<br>THE SCORE GROUP,<br>        Plaintiff,<br><br>v.<br><br>DOE,<br>IP ADDRESS: 71.63.127.97<br>        Defendant. | CIVIL NO. 3:12CV807 |
| QUAD INT'L., INC. d/b/a<br>THE SCORE GROUP,<br>        Plaintiff,<br><br>v.<br><br>DOE,<br>IP ADDRESS: 74.110.143.212<br>        Defendant. | CIVIL NO. 3:12CV808 |

| | | |
|---|---|---|
| QUAD INT'L., INC. d/b/a<br>THE SCORE GROUP,<br>    Plaintiff,<br><br>v.<br><br>DOE,<br>IP ADDRESS: 68.57.186.60<br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. 3:12CV809 |
| QUAD INT'L., INC. d/b/a<br>THE SCORE GROUP,<br>    Plaintiff,<br><br>v.<br><br>DOE,<br>IP ADDRESS: 98.244.115.149<br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. 3:12CV810 |
| OPENMIND SOLUTIONS, INC.,<br>    Plaintiff,<br><br>v.<br><br>DOE,<br>IP ADDRESS: 173.53.112.45<br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. 3:12CV811 |
| OPENMIND SOLUTIONS, INC.,<br>    Plaintiff,<br><br>v.<br><br>DOE,<br>IP ADDRESS: 173.53.64.176<br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. 3:12CV812 |

| | |
|---|---|
| OPENMIND SOLUTIONS, INC.,<br>   Plaintiff,<br><br> v.<br><br>DOE,<br>IP ADDRESS: 72.84.197.14<br>   Defendant. | CIVIL NO. 3:12CV813 |
| OPENMIND SOLUTIONS, INC.,<br>   Plaintiff,<br><br> v.<br><br>DOE,<br>IP ADDRESS: 74.110.218.117<br>   Defendant. | CIVIL NO. 3:12CV814 |
| SUNLUST PICTURES, LLC,<br>   Plaintiff,<br><br> v.<br><br>DOE,<br>IP ADDRESS: 67.62.202.121<br>   Defendant. | CIVIL NO. 3:12CV816 |
| FIRST TIME VIDEOS, LLC,<br>   Plaintiff,<br><br> v.<br><br>DOE,<br>IP ADDRESS: 24.254.94.36<br>   Defendant. | CIVIL NO. 3:12CV817 |

## ORDER
### (Referring Discovery Motions to Magistrate Judge)

THIS MATTER is before the Court on Plaintiffs' Motions for Leave to Take Discovery Prior to the Rule 26(f) Conference, filed on November 7 and 8, 2012, in Case Nos. 3:12CV805, 3:12CV806, 3:12CV807, 3:12CV808, 3:12CV809, 3:12CV810, 3:12CV811, 3:12CV812, 3:12CV813, 3:12CV814, 3:12CV816, and 3:12CV817. Upon due consideration and it appearing appropriate to do so, it is HEREBY ORDERED that these motions are REFERRED to Magistrate Judge Ivan D. Davis in the Alexandria Division of this Court for disposition pursuant to 28 U.S.C. § 636(b)(1)(A). All further discovery motions in these cases are likewise REFERRED to Magistrate Judge Davis.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record and to Magistrate Judge Davis.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: Nov. 14, 2012
Richmond, Virginia